IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELE HADDAD,

    Plaintiff,

vs.                                            Case No. 3:10-cv-414-J-34TEM

ELIZABETH DUDEK, in her official
capacity as the interim Secretary of Florida
Agency for Health Care Administration; and

DR. ANA VIAMONTE ROS, in her
official capacity as Surgeon General,
Florida Department of Health

    Defendant(s).
_____

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Michele Haddad hereby moves this Court for an Order extending the time for Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. 65) for an additional seven (7) days. As grounds for this motion, Plaintiff and Defendants assert the following:

1. Defendants filed their Motion to Dismiss on March 25, 2011.

2. Pursuant to the Federal Rules of Court, Plaintiff's response is due on April 8, 2011.

3. At the time of filing this agreed Motion, the parties have agreed, in principle, to a joint stipulation of dismissal with prejudice.

4. At the time of the filing of this agreed Motion, the parties are simply awaiting final approval in order to file the stipulation of dismissal.

5. Due to the aforementioned reasons, Plaintiff requests an additional seven (7) days to file her response to Defendants' Motion to Dismiss, if needed at all.

## **MEMORANDUM OF LAW**

Courts have inherent authority to police their dockets. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 82 S.Ct. 1386 (1962). This Court has the inherent authority to grant this motion and alter the date of a response that will be moot once the joint stipulation of dismissal with prejudice is filed.

At the present time, counsel for all parties have informed their clients that the stipulation for dismissal is appropriate and should be entered. The stipulation of dismissal awaits approval of one party, who should provide approval early next week. Therefore, filing a response to a motion that will become moot would only serve as a waste of judicial resources.

Based on the foregoing, Plaintiff, with agreement of all parties, requests this Court to enter an order extending the time for Plaintiff to file her response to Defendants' Motion to Dismiss an additional seven (7) days.

## **CERTIFICATION**

All parties certify that they are in agreement with the relief stated above.

**/s/** Stephen F. Gold
**STEPHEN F. GOLD**
Pennsylvania Bar No.: 09880
1709 Benjamin Franklin Parkway
Second Floor
Philadelphia, PA 19103
Telephone:  (215) 627-7100, ext 227
Facsimile:  (215) 627-3183
Email:  stevegoldada@cs.com

**/s/** Enoch Jonathan Whitney
**ENOCH JONATHAN WHITNEY**
Florida Bar No.: 130637
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone:  (850) 414-3662
Facsimile:  (850) 488-4872
Email: Jon.Whitney@myfloridalegal.com

*Counsel for Defendant Department of Health*

**/s/** Jay M. Howanitz
**JAY M. HOWANITZ**
Florida Bar No.: 0020967
Spohrer & Dodd, P.L.
701 West Adams Street, Suite 2
Jacksonville, Florida 32204
Telephone:  (904) 309-6500
Facsimile:  (904) 309-6501
Email:  jhowanitz@sdlitigation.com

**/s/** Andrew T. Sheeran
**ANDREW T. SHEERAN**
Florida Bar No.: 0030599
Agency for Health Care Administration
2727 Mahan Drive, Building MS#3
Tallahassee, Florida 32308
Telephone:  (850) 922-0158
Facsimile:  (850) 921-0158
Email:  sheerana@ahca.myflorida.com

*Counsel for Plaintiff*          *Counsel for Defendant Agency for Health Care Administration*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF to the following: **Andrew T. Sheeran**, Agency for Health Care Administration, Office of the General Counsel, 2727 Mahan Drive, Building 3, MS #3, Tallahassee, Florida 32308; **Enoch Jonathan Whitney**, Florida Department of Health, Office of the Attorney General, PL-01 The Capitol, Tallahassee, Florida 32399; **Anne S. Raish**, Disability Rights Section, Civil Rights Division, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W. – NYA, Washington, D.C. 20530 this 8th day of April, 2011.

<u>s/ Jay M. Howanitz</u>
**Jay M. Howanitz, Esq.**
Florida Bar No. 0020967
**SPOHRER & DODD, P.L.**
701 West Adams Street, Suite 2
Jacksonville, Florida 32204
Telephone: (904) 309-6500
Facsimile: (904) 309-6501
Email: jhowanitz@sdlitigation.com