**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHELE HADDAD,

    Plaintiff,

vs.                                                             Case No. 3:10-cv-414-J-34TEM

ELIZABETH DUDEK, in her official capacity
as Interim Secretary, Florida Agency for
Health Care Administration, and

DR. ANNA VIAMONTE ROSS, in her
official capacity as Secretary, Florida
Department of Health,

    Defendants.
_____

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 69; Stipulation) filed on April 15, 2011. In the Stipulation, the parties state that they agree to the dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

    3.    The Clerk of the Court is directed to close the file.

    4.    The Court retains jurisdiction to determine Plaintiff's reasonable attorneys' fees and costs if necessary.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of April, 2011.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record